UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Richard Christianson,                             Civil No. 02-1384 (RHK/AJB)

         Plaintiff,                                   **ORDER**

v.

Poly-America, Inc. Medical
Benefit Plan,

         Defendant.

---

     This matter is referred to Magistrate Judge Arthur J. Boylan for a settlement conference with respect to the issues raised in Plaintiff's Amended Motion for Prejudgment and Postjudgment Interest and Payment of Medical.  The parties are directed to fully comply with Judge Boylan's directive regarding the settlement conference.

Dated: August 25, 2005

                                                                   s/Richard H. Kyle
                                                                   RICHARD H. KYLE
                                                                   United States District Judge